```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RUTH FERRERA,                                                          :
                                                                       :
                                  Plaintiff,                           :    23 Civ. 8701 (JPC)
                                                                       :
                  -v-                                                  :    ORDER
                                                                       :
ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI et                             :
al.,                                                                   :
                                                                       :
                                  Defendants.                          :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In light of the mediation referral in this action, Dkt. 13, the previously scheduled Initial Pretrial Conference ("IPTC") and all related deadlines, Dkt. 14, are adjourned *sine die*. The Court may reschedule the IPTC after the docketing of the final mediator report.

SO ORDERED.

Dated:  December 29, 2023
        New York, New York                          _____
                                                          JOHN P. CRONAN
                                                        United States District Judge