UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2025
```

RUTH FERRERA,

                Plaintiff,

      -v-

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, *et al.*,

                Defendants.

**ORDER**

23-CV-08701 (JPC)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated September 3, 2025, this case was referred to the undersigned for settlement. ECF No. 46.

A conference is scheduled on **September 16, 2025**, at **11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 328 505 838#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 4, 2025
       New York, New York

                                            Henry J. Ricardo
                                            United States Magistrate Judge