```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH FERRERA,

                Plaintiff,

      -v-

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, *et al.*,

                Defendants.

**ORDER**

23-CV-08701 (JPC)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 16, 2025, the Court held a conference with the Parties to discuss the status of settlement discussions thus far. As stated at the conference, the Parties are instructed to proceed as follows:

- Plaintiff will provide a revised settlement demand to Defendants by **September 23, 2025**;

- Defendants will provide a counteroffer to Plaintiff by **October 3, 2025**;

- The Parties will identify to each other key pieces of evidence by **October 16, 2025**.

A further conference is scheduled on **October 23, 2025**, at **10:00 a.m.** by telephone to discuss next steps in the settlement process. Counsel should contact

1

chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 201 299 226#).

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge