UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2025
```

RUTH FERRERA,

    Plaintiff,

  -v-

ICAHN SCHOOL OF MEDICINE AT MOUNT
SINAI, *et al.*,

    Defendants.

**ORDER**

23-CV-08701 (JPC)

**HENRY J. RICARDO, United States Magistrate Judge.**

  The Court is in receipt of Defendants' December 10, 2025 letter motion (the "Letter Motion") requesting to adjourn the settlement conference scheduled for December 15, 2025. ECF No. 52. The Letter Motion is **GRANTED** and the settlement conference is adjourned to **January 14, 2026** at **10:00 a.m.** in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

  The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 52 as **GRANTED.**

**SO ORDERED.**

Dated: December 11, 2025
   New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge