UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUTH FERRERA,

Plaintiff,

-v-

ICAHN SCHOOL OF MEDICINE AT MOUNT
SINAI, *et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

**ORDER**

23-CV-08701 (JPC)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' December 15 2025 letter, ECF No. 54, requesting permission for Tomlee Abraham to bring a personal electronic device to Court for the January 14, 2026 settlement conference. As stated in Rule I(J) of the undersigned's Individual Rules and Practices for Civil Cases, orders permitting an individual to bring an electronic device to Court may be found on the forms page of the S.D.N.Y. website (https://nysd.uscourts.gov/forms) and is entitled Fillable Form for Electronic Devices General Purpose. This order should not be filed on ECF. Once completed, the order may be emailed to RicardoNYSDChambers@nysd.uscourts.gov for Court approval.

**SO ORDERED.**

Dated: December 16, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge