UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                  :

RUTH FERRERA,                              :

                         Plaintiff,           :            23 Civ. 8701 (JPC)

                                                    :

           -v-                             :             <u>ORDER</u>

                                                      :

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI,   :
*et al.*,                                           :

                                                        :

                        Defendants.       :

                                                        :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The parties' mediation conference before Judge Ricardo on January 14, 2026, did not resolve their dispute. Neither party has filed a letter advising that it seeks to move for summary judgment. *See* Dkt. 45 (Order directing that such a letter be filed within one week of mediation).

The parties shall appear for a teleconference on February 19, 2026, at 10:00 a.m. to set a trial date. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

        SO ORDERED.

Dated: January 27, 2026
        New York, New York                   _____
                                              JOHN P. CRONAN
                                      United States District Judge